FILED BY _____ D.C.

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

05 DEC -1 PM 1:37

THOMAS M. GOULD
CLERK, U.S. DISTRICT COURT
W/D OF TN, MEMPHIS

| | |
|---|---|
| LAVERN W. HARRIS, SR., | JUDGMENT IN A CIVIL CASE |
| Petitioner, | |
| v. | |
| MARK H. LUTTRELL, | CASE NO: 05-2768 M1/P |
| Respondent. | |

## JUDGMENT

**JUDGMENT BY COURT.** This action having come before the Court for consideration, the issues having been considered, and a decision rendered,

**IT IS THEREFORE ORDERED, ADJUDGED, AND DECREED** that, in accordance with the Order of Dismissal, entered ~~November~~ Dec. 1, 2005, this case is DISMISSED.

APPROVED:

_____
JON P. McCALLA
UNITED STATES DISTRICT COURT

Dec. 1, 2005
Date

**THOMAS M. GOULD**
Clerk of Court

(By) Deputy Clerk

This document entered on the docket sheet in compliance with Rule 58 and/or 79(a) FRCP on 12-1-05

UNITED STATES DISTRICT COURT - WESTERN DISTRICT OF TENNESSEE



# Notice of Distribution

This notice confirms a copy of the document docketed as number 4 in case 2:05-CV-02768 was distributed by fax, mail, or direct printing on December 1, 2005 to the parties listed.

---

LeVern W. Harris
SHELBY COUNTY JAIL
05129365
201 Poplar Avenue
Memphis, TN 38103

Honorable Jon McCalla
US DISTRICT COURT